DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

JANIS LEE ARCHER ARRIGONI

                          Debtor

Chapter 13
Case No. 19-50935 SLJ

**NOTICE OF UNCLAIMED DIVIDEND**
Claimant:
JANIS LEE ARCHER ARRIGONI

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $15,619.30.  The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Janis Lee Archer Arrigoni
1750 Lundy Ave #611556
San Jose, CA  95161

Dated: July 06, 2020

/s/ Devin Derham-Burk

DEVIN DERHAM-BURK, TRUSTEE