DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>JANIS LEE ARCHER ARRIGONI<br><br><br><br>Debtor | Chapter 13<br>Case No. 19-50935 SLJ<br><br>**NOTICE OF UNCLAIMED DIVIDEND**<br>Claimant:<br>JANIS LEE ARCHER ARRIGONI |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $346.19. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Janis Lee Archer Arrigoni
1750 Lundy Ave #611556
San Jose, CA 95161

Dated: August 05, 2020

/s/ Devin Derham-Burk

DEVIN DERHAM-BURK, TRUSTEE