```
                             United States Bankruptcy Court
                             Northern District of California
In re:                                                              Case No. 19-50935-SLJ
Janis Lee Archer Arrigoni                                           Chapter 13
        Debtor                         CERTIFICATE OF NOTICE
District/off: 0971-5         User: lblue                  Page 1 of 2       Date Rcvd: Aug 05, 2020
                             Form ID: pdfntcal            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +Janis Lee Archer Arrigoni,    1750 Lundy Avenue #611556,    San Jose, CA 95161-7063
cr             +EverBank,    c/o BDFTW, LLP,    4004 Belt Line Rd Suite 100,    Addison, TX 75001-4320
15005785       +10289 Kenny Lane,    c/o Ellen Turner,    10251 Kenny Lane,    United States,
                 San Jose, CA 95127-2614
14977009       +Fidere Anesthesia Consultants,    1422 El Camino Real,    Menlo Park, CA 94025-4110
14977013        Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
14977015        Macys,    PO Box 9001094,    Louisville, CA 40290-1094
14977016        Medical Center for Birds,    3805 Main Street,    Hollister, MO 65673-7306
14977017       +Mt Hamilton Acres Assn,    10251 Kenny Lane,    San Jose, CA 95127-2614
15049826       +P.W. Stephens,   Environmental Inc,    15201 Pipeline Lane,Suite B,
                 Huntington Beach, CA 92649-5704
15053226       +P.W. Stephens Environmental, Inc.,    15201 Pipeline Lane, Unit B,
                 Huntington Beach, CA 92649-5704
14977018        Quest Diagonstics,    PO Box 74098,    Cincinnati, OH 45274-0987
15040209       +Santa Clara County Dept of Tax and Collection,    70 West Hedding St. 6th Fl., East Wing,
                 San Jose CA 95110-1705
14977021        TIAA Bank,    PO Box 2309,    Jacksonville, FL 32232-0006
14977022       +TIAA Bank,    Attn: Roger Ferguson, CEO,    501 Riverside Avenue,    Jacksonville, FL 32202-4934
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: itcdbg@edd.ca.gov Aug 06 2020 05:25:24     CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 06 2020 05:26:33     CA Franchise Tax Board,
                 Attn: Special Procedures,    P.O. Box 2952,    Sacramento, CA 95812-2952
smg             E-mail/Text: USCBNotices@cdtfa.ca.gov Aug 06 2020 05:26:39     State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA 94279
smg             E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 06 2020 05:24:57     IRS,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14990935        E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 06 2020 05:26:33     FRANCHISE TAX BOARD,
                 BANKRUPTCY SECTION MS A340,    PO BOX 2952,    SACRAMENTO CA 95812-2952
14977010        E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 06 2020 05:26:33     Franchise Tax Board,
                 Bankruptcy Section, MS A-340,    P.O. Box 2952,    Sacramento, CA 95812-2952
14977012        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2020 05:29:16     JP Morgan Chase Bank,
                 1111 Polaris Parkway,    Columbus, OH 43240
14977008        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2020 05:28:40     Chase Card Services,
                 PO Box 15548,    Wilmington, DE 19886-5548
14977019       +E-mail/PDF: HCABKNotifications@resurgent.com Aug 06 2020 05:30:10     Regional Medical Center,
                 225 N Jackson Avenue,    San Jose, CA 95116-1603
14977020       +E-mail/Text: dor.bankruptcy@fin.sccgov.org Aug 06 2020 05:24:23
                 Santa Clara County Tax Collector,    70 W Hedding Street,    San Jose, CA 95110-1771
14999487        E-mail/Text: BKMail@tiaabank.com Aug 06 2020 05:24:32     Tiaa, FSB,    301 W. Bay Street,
                 Jacksonville, FL 32202
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              TIAA, FSB
14977011*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
15181203*      +Janis Lee Archer Arrigoni,    1750 Lundy Ave #611556,    San Jose, CA 95161-7063
15194149*      +Janis Lee Archer Arrigoni,    1750 Lundy Ave #611556,    San Jose, CA 95161-7063
14977014*       Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:

```
          Cassandra J. Richey    on behalf of Creditor    TIAA, FSB ecfnca@ecf.courtdrive.com
          Devin   Derham-Burk    ctdocs@ch13sj.com
          Devin L. Pace    on behalf of Trustee Devin  Derham-Burk ctdocs@ch13sj.com
          Edward A. Treder    on behalf of Creditor    EverBank ndcaecf@BDFGroup.com
          Michael D. Lee    on behalf of Debtor Janis Lee Archer Arrigoni Michael.Lee@Lee-Li.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
                                                                                        TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:

JANIS LEE ARCHER ARRIGONI

Debtor(s)

Case No. 19-50935 SLJ

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Devin Derham-Burk, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/06/2019.

2) The plan was confirmed on 02/05/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/31/2020.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $201,117.47.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $160,208.30 | |
| Less amount refunded to debtor | $15,965.49 | |
| **NET RECEIPTS:** | | **$144,242.81** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,600.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $14,424.28 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$19,024.28** |

Attorney fees paid and disclosed by debtor:   $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 10289 KENNY LANE | Unsecured | 1,500.00 | 1,593.00 | 1,593.00 | 1,593.00 | 34.82 |
| CHASE CARD SERVICES | Unsecured | 37,355.00 | NA | NA | 0.00 | 0.00 |
| FIDERE ANESTHESIA CONSULTANTS | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| FRANCHISE TAX BOARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 9,852.27 | 9,852.57 | 9,852.57 | 9,852.57 | 19.79 |
| JP MORGAN CHASE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LAB CORP | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| LAB CORP | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER FOR BIRDS | Unsecured | 296.32 | NA | NA | 0.00 | 0.00 |
| PW STEPHENS ENVIRONMENTAL INC | Secured | 9,122.00 | 9,122.00 | 9,122.00 | 9,122.00 | 0.00 |
| QUEST DIAGONSTICS | Unsecured | 130.87 | NA | NA | 0.00 | 0.00 |
| REGIONAL MEDICAL CENTER | Unsecured | 8,229.70 | NA | NA | 0.00 | 0.00 |
| TAX COLLECTOR/SANTA CLARA CO | Secured | 29,982.94 | 30,000.00 | 30,000.00 | 30,000.00 | 0.00 |
| TIAA BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TIAA FSB | Secured | 74,596.35 | 74,596.35 | 74,596.35 | 74,596.35 | 0.00 |
| TIAA FSB | Secured | 677,754.02 | 683,715.08 | 683,715.08 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $683,715.08 | $0.00 | $0.00 |
| Mortgage Arrearage | $74,596.35 | $74,596.35 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $39,122.00 | $39,122.00 | $0.00 |
| **TOTAL SECURED:** | **$797,433.43** | **$113,718.35** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,852.57 | $9,852.57 | $19.79 |
| **TOTAL PRIORITY**: | **$9,852.57** | **$9,852.57** | **$19.79** |
| **GENERAL UNSECURED PAYMENTS**: | **$1,593.00** | **$1,593.00** | **$34.82** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $19,024.28 |
| Disbursements to Creditors | $125,218.53 |
| **TOTAL DISBURSEMENTS** : | **$144,242.81** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/05/2020    By: /s/ Devin Derham-Burk
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**